1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Defendant Mr. Jimenez-Lopez
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )   Case No. 07mj2698
                                  )
12              Plaintiff,         )
                                  )
13 v.                             )
                                  )   **NOTICE OF APPEARANCE**
14 JOSE RAUL JIMENEZ-LOPEZ,       )
                                  )
15              Defendant.        )
                                  )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.
20                                              Respectfully submitted,
21 Dated: November 21, 2007                     s/ *Michelle Betancourt*
                                                **MICHELLE BETANCOURT**
22                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
23                                              michelle_betancourt@fd.org
24
25
26
27
28