1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467, ext. 3737
4  michelle_betancourt@fd.org

5  Attorneys for Mr. Jimenez-Lopez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3345-BEN |
| | ) | |
| Plaintiff, | ) | DATE:  January 28, 2008 |
| | ) | TIME:  2:00 P.M. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND |
| JOSE RAUL JIMENEZ-LOPEZ, | ) | MOTIONS TO: |
| | **)** | |
| Defendant. | ) | 1) COMPEL DISCOVERY; AND |
| | ) | 2) <u>LEAVE TO FILE FURTHER MOTIONS.</u> |

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         REBEKAH YOUNG, ASSISTANT UNITED STATES ATTORNEY:

19     **PLEASE TAKE NOTICE** that, on January 28, 2008, 2008, at 2:00 p.m., or as soon thereafter as

20 counsel may be heard, the defendant, Jose Raul Jimenez-Lopez, by and through his counsel, Michelle

21 Betancourt and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the

22 motions listed below.

23 //

24 //

25 //

26 //

27 //

28 //

07CR3345-BEN

## MOTIONS

Jose Raul Jimenez-Lopez, the defendant in this case, by and through his attorneys, Michelle Betancourt, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel discovery; and

2) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: January 11, 2008

s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Raul Jimenez-Lopez