1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Jimenez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3345-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **JOSE RAUL JIMENEZ-LOPEZ**, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   Rebekah Young, Assistant United States Attorney's Office
   Rebekah.Young@usdoj.gov efile.dkt.gc1@usdoj.gov,;Nancy.Walkoe@usdoj.gov

Dated: January 11, 2008                    *s/ Michelle Betancourt*
                                           MICHELLE BETANCOURT
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467 (tel)
                                           (619) 687-2666 (fax)
                                           e-mail: michelle_betancourt@fd.org