**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:  (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Jimenez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOSE RAUL JIMENEZ-LOPEZ**, )<br>)<br>Defendant. )<br>) | Case No. 07cr3345-BEN<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Michelle Betancourt, and Federal Defenders of San Diego, counsel for Mr. Jose Raul Jimenez-Lopez along with Assistant United States Attorney Rebekah Young, that the motion hearing currently set for January 28, 2008, be rescheduled to February 25, 2008 at 2:00 p.m. Mr. Jimenez-Lopez is in the custody of the Bureau of Prisons.

Dated: January 25, 2008
      *s/ Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jimenez-Lopez

Dated: January 25, 2008
      *s/ Rebekah Young*
**REBEKAH YOUNG**
Assistant United States Attorney