**MICHELLE BETANCOURT**
California State Bar Number 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
michelle_betancourt@fd.org

Attorneys for Mr. Jimenez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>            Plaintiff,                           )<br>                                                         )<br> v.                                                    )<br>                                                         )<br> JOSE RAUL JIMENEZ-LOPEZ,    )<br>                                                         )<br>            Defendant.                      )<br>_____) | Case No. 07cr3345-BEN<br><br>**JOINT MOTION TO CONTINUE<br>SENTENCING HEARING** |

      Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Michelle Betancourt, and Federal Defenders of San Diego, Inc., counsel for Jose Raul Jimenez-Lopez, along with Assistant United States Attorney Rebekah W. Young, that the sentencing hearing set for August 5, 2008 at 9:00 a.m. be rescheduled to **Tuesday, September 2, 2008, at 9:00 a.m.**

      Respectfully submitted,

DATED:   August 1, 2008          */s/ Michelle Betancourt*
                                                         **MICHELLE BETANCOURT**
                                                         Federal Defenders of San Diego, Inc.
                                                         Attorneys for Jose Raul Jimenez-Lopez

DATED:   August 1, 2008          */s/ Rebekah W. Young*
                                                         **REBEKAH W. YOUNG**
                                                         Assistant United States Attorney
                                                         rebekah.young@usdoj.gov